BEFORE THE SECOND DIVISION, DECEMBER 27, 1944

**No. 49915.**—Protest 2781–K(b) of O. Yoshizawa Co. (New York).

Opinion by Tilson, J. The record showed that certain items are hats known as harvest hats valued at less than $3 per dozen, similar to those involved in *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith certain of the items in question were held dutiable at 12½ percent under paragraph 1504(b) (5) and T. D. 48075, as claimed.

**No. 49916.**—Protest 89690–K of Alfred Schade & Co. (St. Louis).

Opinion by Tilson, J. It was stipulated that certain of the merchandise consists of 8-bu. paper hats of the same kind as those involved in *Caradine Hat Co.* v. *United States* (9 Cust. Ct. 69, C. D. 664). In accordance therewith the claim at 25 percent under paragraph 1504(b) (5), as hats known as harvest hats, valued at less than $3 per dozen, was sustained to this extent.

**No. 49917.**—Protest 99367–K of Sprouse-Reitz Co., Inc. (Los Angeles).

Opinion by Tilson, J. The record showed that certain items consist of cotton tomato pincushions similar to those involved in Abstracts 48406 and 49442. In accordance therewith the claim at 40 percent under paragraph 923 was sustained as to these items.

**No. 49918.**—Protests 73676–K, etc., of Armand Schwab & Co., Inc., et al. (New York.)

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49919.**—Protests 546554–G, etc., of Bates Thompson, Inc., et al. (New York).

Opinion by Tilson, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.